UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JEFFREY KEITH BELL,

    Petitioner

v.                                                         Case No. 09-C-979

WISCONSIN DEPT. OF CORRECTIONS,

    Respondent.

**ORDER ADOPTING RECOMMENDATION OF MAGISTRATE JUDGE**

    Petitioner filed a petition under 28 U.S.C. § 2254. The case was assigned to a magistrate judge, who considered it and filed a recommendation with this Court. The ten days allowed for the filing of written objections to the proposed findings and recommendation of the magistrate judge have passed and no objections have been filed. Having reviewed the petition and the recommendation, I am satisfied that the petition should be denied. I therefore accept the recommendation and adopt it as my own. The petition is **DENIED** and the action is ordered **DISMISSED**.

    Dated this 9th day of November, 2009.

                                                             s/ William C. Griesbach
                                                             William C. Griesbach
                                                             United States District Judge